UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN WOOD, | ) |
| Plaintiff, | ) 2:10-cv-2126-GMN-RJJ |
| vs. | ) |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al*., | ) O R D E R |
| Defendant, | ) |

This matter was submitted to the undersigned Magistrate Judge on a Motion to Extend Time to Serve Officer J. Talobits (#13).

The Court having reviewed the Motion (#13) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Extend Time to Serve Officer J. Talobits (#13) is GRANTED IN PART AND DENIED IN PART.

IT IS FURTHER ORDERED that the Motion to Extend Time to Serve Officer J. Talobits (#13) is GRANTED in that Plaintiff shall have sixty (60) days to and including February 28, 2011, to complete service.

IT IS FURTHER ORDERED that the Motion to Extend Time to Serve Officer J. Talobits (#13) is DENIED as to all other requests.

DATED this   29th   day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge