THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
& DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
Attorney for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

KEVIN WOOD,

    Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT; OFFICER J. JACOBITZ, P#9383;
OFFICER E. JEFFERSON, P# 9385; SERGEANT
PECK, P# 5112; OFFICER DOES 5-10;
and DOE ENTITIES 1-5,

    Defendants.

CASE NO.: 2:10cv2126-GMN-GWF

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff KEVIN WOOD's causes of action be dismissed with prejudice as to Defendants, and all parties are to bear their own costs and attorneys fees.

DATED this 31 day of March, 2011.

OLSON, CANNON, GORMLEY
& DESRUISSEAUX

/s/ T.D. Dillard
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendants

KOSSACK LAW OFFICES

/s/ Robert J. Kossack
ROBERT J. KOSSACK, ESQ.
Nevada Bar No. 002734
4535 W. Sahara Ave., Ste. 101
Las Vegas, Nevada 89102
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED that this case, be dismissed with prejudice as to Defendants, and all parties are to bear their own costs and attorneys fees.

**DATED** this 5th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge